NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Brian D. Chase, Esq.
Jerusalem F. Beligan, Esq.
BISNAR|CHASE LLP
1301 Dove St., Suite 120
Newport Beach, CA 92660
Tel: 949-752-2999
Fax: 949-752-2777

ATTORNEY(S) FOR: Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

OSCAR HERRERA, individually, and on behalf of all others similarly situated,

Plaintiff(s),

v.

LG ELECTRONICS USA, INC.; LG ELECTRONICS MOBILECOMM U.S.A., INC.; and DOES 1 to 10, inclusive,

Defendant(s)

CASE NUMBER:

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)**

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Oscar Herrera or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Oscar Herrera | Plaintiff |
| LG Electronics USA, Inc. | Defendant |
| LG Electronics Mobilecomm U.S.A., Inc. | Defendant |

February 8, 2017
Date

/s/ Jerusalem F. Beligan
Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff