**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OSCAR HERRERA, BENJAMIN RHODE, WILLIAM EVANS, JASON MALLEK, MELORA HARDWICK, CRYSTAL DAVENPORT, KAREN TRACY, ROYCE HAZELTON, SHAWN STALLARD, and KIM NIES, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LG ELECTRONICS USA, INC.; LG ELECTRONICS MOBILECOMM U.S.A., INC.; and DOES 1 to 10, inclusive;<br><br>Defendants. | Case No. 2:17-cv-01039-MWF-PLA<br><br>**CLASS ACTION** |

**ORDER RE: AGREED UPON**
**BRIEFING STIPULATION FOR RESPONSE TO AMENDED COMPLAINT**

Upon consideration of the Parties' Agreed Upon Briefing Stipulation For Response to Amended Complaint and for good cause shown, the parties' Stipulation is GRANTED:

1. Defendants shall file their response to the Amended Complaint on or before May 4, 2017.

2. In the event that a motion to dismiss or motion to compel arbitration is filed by Defendants, Plaintiffs will have 15 days to file an opposition. Defendants will then have 7 days to file a reply.

**IT IS SO ORDERED on this 6th day of April, 2017.**

**Michael W. Fitzgerald**
**United States District Judge**