Brian S. Kabateck
Drew R. Ferrandini
Lina B. Melidonian
KABATECK BROWN KELLNER LLP
Engine Company No. 28, Bldg. 644
South Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 217-5000
Email: bsk@kbklawyers.com
Email: df@kbklawyers.com
Email: lm@kbklawyers.com

Counsel for Plaintiffs

[Additional Counsel On Signature Page]

**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OSCAR HERRERA, BENJAMIN RHODE, WILLIAM EVANS, JASON MALLEK, MELORA HARDWICK, CRYSTAL DAVENPORT, KAREN TRACY, ROYCE HAZELTON, SHAWN STALLARD, and KIM NIES, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LG ELECTRONICS USA, INC.; LG ELECTRONICS MOBILECOMM U.S.A., INC.; and DOES 1 to 10, inclusive;<br><br>Defendants. | Case No. 2:17-cv-01039-MWF-PLA<br><br>**CLASS ACTION** |

**<u>AGREED UPON STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Oscar Herrera, Benjamin Rhode, William Evans, Jason Mallek, Melora Hardwick, Crystal

Davenport, Karen Tracy, Royce Hazelton, Shawn Stallard, and Kim Nies, on the one hand, and Defendants LG Electronics USA, Inc. and LG Electronics MobileComm U.S.A., Inc. on the other hand, by and through their undersigned counsel, hereby stipulate to the dismissal of this action with prejudice.

AGREED TO BY:

By: *__/s/ Benjamin F. Johns______*

Benjamin F. Johns (*pro hac vice*)
Andrew W. Ferich (*pro hac vice*)
Jessica Titler (*pro hac vice*)
**CHIMICLES & TIKELLIS LLP**
One Haverford Centre

361 West Lancaster Avenue
Haverford, PA 19041
Phone: (610) 642-8500
Fax: (610) 649-3633
Email: bfj@chimicles.com
Email: AWF@chimicles.com
Email: JT@chimicles.com

Brian S. Kabateck
Drew R. Ferrandini
Lina B. Melidonian
**KABATECK BROWN KELLNER LLP**
Engine Company No. 28, Bldg. 644
South Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 217-5000
Email: bsk@kbklawyers.com
Email: df@kbklawyers.com
Email: lm@kbklawyers.com

Brian D. Chase
Jerusalem F. Beligan
**BISNAR CHASE LLP**
One Newport Place
1301 Dove Street, Suite 120
Newport Beach, CA 92626
Email: bchase@bisnarchase.com
Email: jbeligan@bisnarchase.com

*Counsel for Plaintiffs*

By: *\/s/ Joanna K. Chan*

Joanna K. Chan
COHEN & GRESSER LLP
800 Third Avenue, 21st Floor
New York, NY 10022
Telephone: (212) 957-7600
Facsimile: (212) 957-4514
Email: jchan@cohengresser.com

*Counsel for Defendants LG Electronics USA, INC. and LG Electronics MobileComm U.S.A., INC.*

**CERTIFICATE OF SERVICE**

I, Benjamin F. Johns, certify that on May 4, 2017, I caused the foregoing Agreed Upon Stipulation Of Dismissal With Prejudice to be filed using the Court's CM/ECF system, thereby causing it to be served upon all registered ECF users in this case.

*Benjamin F. Johns*
Benjamin F. Johns